IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| JEFFREY ALAN CASEY, | ) | |
| | ) | |
| Petitioner, | ) | NO. 1:06-0007 |
| | ) | JUDGE HAYNES |
| | ) | |
| | ) | |
| STATE OF TENNESSEE, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

In accordance with the Memorandum filed herewith, the petition for the writ of habeas corpus is **DENIED**. The Respondent's motion for summary judgment (Docket Entry No. 43) is **GRANTED**. This action is **DISMISSED with prejudice.** Petitioner has ten (10) days from the entry of this Order to file a Certificate of Appealability under 28 U.S.C. § 2253(c) that should be limited to the claims and issues for an appeal.

This is the Final Order in this action.

Entered this the 19th day of March, 2009.

William J. Haynes, Jr.
United States District Judge